UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SANDRA CANOTE, | | 25 Civ. 9508 |
| Plaintiff, | | |
| -v- | | ORDER |
| THE LAUNDRESS, LLC., | | |
| Defendant. | | |

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in the above-captioned matter is presently scheduled for December 22, 2025. Dkt. 4. On December 17, 2025, the parties notified the Court that defense counsel intends to seek consolidation of this matter with *In Re Laundress Marketing and Product Liability Litigation* (22 Civ. 10667) (JMF). Accordingly, the initial conference is hereby adjourned. Counsel are directed to pursue the process of consolidation expeditiously.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 17, 2025
       New York, New York