```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SANDRA CANOTE,

                              Plaintiff,

    -against-

THE LAUNDRESS, LLC.,

                              Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**25-CV-9508 (PAE)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Consolidation Order filed on January 13, 2026 (doc. no 21) the Pre-settlement telephone conference previously scheduled for **February 4, 2026,** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: January 14, 2026
       New York, New York

*[Signature: Katharine H. Parker]*

KATHARINE H. PARKER
United States Magistrate Judge